UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAROL FRAZER, *et al.*,

                Plaintiffs,

-v-

JERRY MOORE, *et al.*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/09

07 Civ. 2627 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court conducted a status conference in this matter on March 13, 2009. The conference was attended by Plaintiffs Carol Frazer, Violet Clark, Beatrice Cuffy, Margaret Lopez, and Tamara Lomax, who appeared *pro se*, as well as counsel for Defendants the City of New York Department of Housing Preservation and Development ("HPD") and Mimie Ellis (collectively, the "City Defendants").

Plaintiffs' Complaint seeks injunctive and declaratory relief under 18 U.S.C. § 241 and 42 U.S.C. §§ 1983, 3631. When Plaintiffs commenced this action, in addition to HPD and Ellis, they also named as Defendants the "Current Board of Directors Of The Housing Development Fund Corporation, 1682-1700 Sterling Place" (the "HDFC Board") and Jerry Moore, acting in his capacity as President of the HDFC Board (collectively, the "Private Defendants"). However, Plaintiffs indicated to the Court at the March 13, 2009 conference that a new HDFC Board has replaced the board that was named as a Defendant in this action, and that Moore is no longer acting as its President.

Additionally, Plaintiffs stated that they have commenced an action against Moore for money damages, which is currently pending in the New York State Supreme Court. Therefore, it appears

that Plaintiffs are pursuing other forms of relief in other jurisdictions, and that the declaratory and injunctive relief sought by Plaintiffs in this action may be unavailable because of Moore's current status and the change in the composition of the HDFC Board that occurred after the Complaint was filed.

However, by letter dated February 25, 2009, Plaintiffs informed the Court that they wish to file an Amended Complaint, and that the following Plaintiffs wish to continue to pursue this action: Carol Fraser, Cecilia Stewart, Violet Clark, Mary Short, William King, Margaret Lopez, Beatrice Cuffy, Olga Ogg, Denise Wilson, and Tamara Lomax. In light of their *pro se* status, Plaintiffs are entitled to file at least one amended pleading prior to the resolution of a dispositive motion. *See, e.g., Gomez v. USAA Fed. Sav. Bank*, 171 F.3d 794, 795 (2d Cir. 1999). Accordingly, Plaintiffs are HEREBY ORDERED to consult with each other and to submit a status letter to the Court by April 13, 2009. The letter shall indicate whether Plaintiffs wish to continue to pursue this action by filing an Amended Complaint. A copy of the letter and all documents attached thereto shall be mailed to Defendants at the addresses listed below. Upon receipt of Plaintiffs' letter, the Court will set a schedule regarding how this action will proceed.

IT IS FURTHER ORDERED THAT, for the reasons stated at the March 13, 2009 conference, the City Defendants' pending motion to dismiss the Complaint is denied without prejudice. The Clerk of the Court is respectfully directed to terminate the motion docketed as document number 17.

SO ORDERED.

Dated:  March 13, 2009
        New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

Copies of this Order have been mailed to:

Plaintiffs
Carol Frazer
1682-1700 Sterling Place
Brooklyn, NY 11233

Cecilia Stewart
1682-1700 Sterling Place
Brooklyn, NY 11233

Violet Clark
1682-1700 Sterling Place
Brooklyn, NY 11233

Mary Short
1682-1700 Sterling Place
Brooklyn, NY 11233

William King
1682-1700 Sterling Place
Brooklyn, NY 11233

Margaret Lopez
1682-1700 Sterling Place
Brooklyn, NY 11233

Beatrice Cuffy
1682-1700 Sterling Place
Brooklyn, NY 11233

William Cameron
1682-1700 Sterling Place
Brooklyn, NY 11233

Olga Ogg
1682-1700 Sterling Place
Brooklyn, NY 11233

Dennis Wilson
1682-1700 Sterling Place
Brooklyn, NY 11233

April Duncan
1682-1700 Sterling Place
Brooklyn, NY 11233

Tamara Lomax
1682-1700 Sterling Place
Brooklyn, NY 11233

Dennis Seymour
1682-1700 Sterling Place
Brooklyn, NY 11233

Adrian Welsh
1682-1700 Sterling Place
Brooklyn, NY 11233

Defendants
Alexa Lauren Englander
Scott Glotzer
NYC Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007

Jerry Moore
President of the Board of Directors of
    1682-1700 Sterling Place
1682-1700 Sterling Place
Brooklyn, NY 11233