UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAROL FRAZER, *et al.*,

                        Plaintiffs,

-v-

JERRY MOORE, *et al.*,

                        Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED  5/18/09

07 Civ. 2627 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of the May 12, 2009 letter submitted by counsel for Defendants Mimie Ellis and the City of New York Department of Housing Preservation and Development, which indicates that these Defendants wish to renew their motion to dismiss Plaintiffs' claims. The request is granted, and, because the motion is only being renewed, the Court deems a pre-motion conference to be unnecessary. Accordingly, the Court hereby adopts the following schedule:

    By June 1, 2009, Defendants shall file their proposed motion to dismiss the Amended Complaint.

    By July 3, 2009, Plaintiffs shall file their opposition papers in response to the motion.

    By July 15, 2009, Defendants shall file their reply, if any.

Plaintiffs should contact this District's *Pro Se* Office if they require assistance in responding to Defendants' motion. The *Pro Se* Office is located at 500 Pearl Street, Room 230, New York, New York, and the office can be reached by telephone at (212) 805-0175.

SO ORDERED.

Dated:     May 15, 2009
              New York, New York

                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE

Copies of this Order have been mailed to:

Plaintiffs
Carol Frazer
1682-1700 Sterling Place
Brooklyn, NY 11233

Cecilia Stewart
1682-1700 Sterling Place
Brooklyn, NY 11233

Violet Clark
1682-1700 Sterling Place
Brooklyn, NY 11233

Mary Short
1682-1700 Sterling Place
Brooklyn, NY 11233

William King
1682-1700 Sterling Place
Brooklyn, NY 11233

Margaret Lopez
1682-1700 Sterling Place
Brooklyn, NY 11233

Beatrice Cuffy
1682-1700 Sterling Place
Brooklyn, NY 11233

William Cameron
1682-1700 Sterling Place
Brooklyn, NY 11233

Olga Ogg
1682-1700 Sterling Place
Brooklyn, NY 11233

Dennis Wilson
1682-1700 Sterling Place
Brooklyn, NY 11233

April Duncan
1682-1700 Sterling Place
Brooklyn, NY 11233

Tamara Lomax

1682-1700 Sterling Place
Brooklyn, NY 11233

Dennis Seymour
1682-1700 Sterling Place
Brooklyn, NY 11233

Adrian Welsh
1682-1700 Sterling Place
Brooklyn, NY 11233

Defendants
Alexa Lauren Englander
Scott Glotzer
NYC Law Department
Office of the Corporation Counsel
100 Church Street
New York, NY 10007

Jerry Moore
President of the Board of Directors of
    1682-1700 Sterling Place
1682-1700 Sterling Place
Brooklyn, NY 11233